# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE ALTOMARE,<br><br>                    Plaintiff,<br><br>   v.<br><br>SUNBEAM LLC,<br><br>                    Defendant. | Case No.  8:22-cv-01612-FWS-KES<br><br>**ORDER REGARDING STIPULATION AND ORDER OF DISMISSAL**<br><br>District Judge: Hon. Fred Slaughter<br>Magistrate Judge: Hon. Karen E. Scott |

## **ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Joint Stipulation for Dismissal is approved. The entire above-captioned action is hereby dismissed with prejudice in accordance with the terms and conditions of the written Settlement Agreement entered into between the Parties.

Dated:  December 4, 2023

_____
Honorable Fred Slaughter
Judge of the United States District Court